FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　v.<br>CLAY V HILTON,<br>　　　　　　　Defendant. | No.　2:25-CR-0167-RLP<br><br>PROTECTIVE ORDER |

Before the Court is the Government's Unopposed Motion for Protective Order, ECF No. 21. The Government requests that an order be granted to protect disclosure of discovery materials and the sensitive information contained therein provided to defense counsel in connection with the Government's discovery obligations. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Governments Motion for Protective Order Regarding Discover, **ECF No. 21**, is **GRANTED.**

ORDER GRANTING MOTION TO DISCLOSE BUT NOT UNSEAL- 1

2.      Defense counsel may show to, and discuss with the Defendant, all transcripts of testimony taken before the grand jury (herein "GJ transcripts");

3.      Defense counsel shall not allow Defendant to keep any GJ transcripts and shall not allow Defendant to make any copies, or take any photographs or videos of, the GJ transcripts;

4.      Defense counsel shall not email or text any GJ transcripts to Defendant;

5.      GJ transcripts may not be left in the Defendant's custody;

6.      Defense counsel shall not otherwise provide original or copies of the GJ transcripts to any other person, including subsequently appointed or retained defense counsel. However, any staff of defense counsel and investigator and/or expert engaged by defense counsel may be provided original or copies of the GJ transcripts, provided that they are furnished a copy of this Protective Order and agree to be bound by its terms and conditions.

7.      Any attorney for the Government, and any Government witness, appearing in court (including U.S. Magistrate Court, U.S. District Court, and the U.S. Court of Appeals for the Ninth Circuit) in any hearings related to the prosecution of this case, may make open-court and/or closed-court references to the existence and/or the content of GJ transcripts. Defense counsel appointed or retained to represent the Defendant charged pursuant to 2:25-CR-00167-RLP, or any superseding indictment or information, is authorized to make open-court and/or closed-court references to the existence and/or

contents of such GJ transcripts.

8. Any GJ transcripts filed on the ECF/PACER system shall be filed under seal.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** November 24, 2025.

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE