FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAY V HILTON,<br><br>Defendant. | No.    2:25-CR-0167-RLP<br><br>PROTECTIVE ORDER |

Before the Court is the Government's Unopposed Motion for Protective Order, ECF No. 28. The Government requests that an order be granted to protect disclosure of discovery materials and the sensitive information contained therein provided to defense counsel in connection with the Government's discovery obligations. The Court finds good cause to grant the motion.

Therefore, in the interest of facilitating criminal case disclosures authorized under the Privacy Act, and without making a formal finding relative to the *Henthorn, Giglio,*

ORDER GRANTING MOTION TO DISCLOSE BUT NOT UNSEAL- 1

*Brady*, and progeny content in the referenced discovery materials, **IT IS HEREBY ORDERED**:

1.     The Government's Motion for a Protective Order regarding the disclosure of Privacy Act protected materials (i.e., third party law enforcement's PII and certain investigative - personnel records), **ECF No. 28**, is **GRANTED.**

2.     Defense counsel may show to and discuss with the Defendant, all designated Privacy Act records – information – e.g., third parties' PII / investigative / sensitive personnel records, including discipline) (herein "Non-Party records");

3.     Defense counsel shall not allow Defendant to keep any Non-Party records – information – materials, and shall not allow Defendant to make any copies, or take any photographs or videos of, the Non-Party records;

4.     Defense counsel shall not email or text any Non-Party records to Defendant;

5.     Non-Party records – information may not be left in the Defendant's custody;

6.     Defense counsel shall not otherwise provide original or copies of the Non-Party records – information to any other person, including subsequently appointed or retained defense counsel. However, any staff of defense counsel and investigator(s) and/or expert(s) engaged by defense counsel may be provided original or copies of the Non-Party records, provided that they are each furnished a copy of this Protective Order and agree to be bound by its terms and conditions.

7.     Any attorney for the Government and any Government witness appearing in

ORDER GRANTING MOTION TO DISCLOSE BUT NOT UNSEAL- 2

court (including U.S. Magistrate Court, U.S. District Court, and the U.S. Court of Appeals for the Ninth Circuit) in any hearing related to the prosecution of this case, may make open-court and/or closed-court references to the existence and/or the content of Non-Party records. Defense counsel appointed or retained to represent the Defendant charged in 2:25-CR-00167-RLP, or by any superseding indictment or information, is also authorized to make open-court and/or closed-court references to the existence and/or contents of the subject NonParty records.

8.     Any Non-Party PII and/or personnel – discipline related records, shall be redacted (i.e., protected material content) or completely filed on the ECF/PACER system under seal

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** April 16, 2026.

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO DISCLOSE BUT NOT UNSEAL- 3